FILED
CLERK, U.S. DISTRICT COURT

JUN - 4 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Oscar Molina | CASE NUMBER: SA CV 12-01428-BRO (FFMx) |
| PLAINTIFF(S), | |
| v. | |
| Dollar Tree Stores, Inc | **RECEIPT FOR RELEASE OF EXHIBITS TO COUNSEL UPON VERDICT / JUDGMENT AT TRIAL** |
| DEFENDANT(S). | |

Pursuant to stipulation of counsel in this action and/or by Order of this Court, all exhibits listed on the
joint _____ exhibit list are hereby being returned to counsel for the respective party(ies) *except* the
following exhibit(s):

n/a

The undersigned counsel hereby declare that these exhibits shall be retained in counsel's custody in a secure
place; not be altered; and will not be destroyed until after the time for an appeal of the verdict or judgment has
expired or until such time as all pending appeal(s) have been completed and decision(s) rendered. Counsel
further agree that such exhibits shall be returned to this Court upon request by the Court and within seventy-two
(72) hours notice thereof.

June 4 , 2014
Date

*Piya Mukherjee*
Counsel for: ☒ Plaintiff ☐ Defendant ☐ _____

Signature                          858-952-0357
                                   Telephone Number

June 4, 2014
Date

Christopher L. Dengler
Counsel for: ☐ Plaintiff ☒ Defendant ☐ _____

Signature                          310-553-0308
                                   Telephone Number

═══════════════════════════════════════════════════════════════════════════════
I hereby certify that the above-mentioned exhibits were returned to counsel as indicated above this date.

Clerk, U. S. District Court

6-5-14
Date

By _Benee Fisher_
Deputy Clerk

cc: Judge    Exhibits Custodian       Counsel Signing Document

G-38 (06/98)       RECEIPT FOR RELEASE OF EXHIBITS TO COUNSEL UPON VERDICT / JUDGMENT AT TRIAL